# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

APRIL BROCKINGTON, )
　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　)
v. ) Case No. CV413-230
　　　　　　　　　　　　　　　)
JC PENNEY, )
　　　　　　　　　　　　　　　)
　　　Defendant. )

## REPORT AND RECOMMENDATION

On November 4, 2013, the Court ordered plaintiff to supplement her *in forma pauperis* showing with a proper signature page within 14 days. (Doc. 4.) She failed to do so and has apparently abandoned her case. Accordingly, this case should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 18th day of March,

2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA