IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

APRIL BROCKINGTON,

    Plaintiff,

v.

    CASE NO. CV413-230

JC PENNY,

    Defendant.

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of April 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA